MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| JEFFREY C. FARLEY, | ) | Bankruptcy No. 14-44336 |
| Debtor. | ) | |
| _____ | ) | HON. CHARLES NOVACK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REOPEN CASE**

Bankruptcy Code §350 (b) provides:

"A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." *Adair*, 253 B.R. 85,88 (9th Cir. BAP 2000); *Devore*, 223 B.R. 193, 198 (9th Cir. BAP 1998).

FRBP 5010 provides that reopening is accomplished by motion. There is no requirement of notice or hearing.

Reopening is merely a ministerial act and has no independent legal significance. It is committed to the discretion of the court. *Menk*, 241 B.R. 896, 914 (9th Cir. BAP 1999).

The debtor has filed a motion to reopen this case to seek redress for violations of the discharge injunction.

//

//

| | |
|---|---|
| 1 | |
| 2 | MORAN LAW GROUP |
| 3 | |
| 4 | Date: 05/31/2016     /s/ Cathleen Cooper Moran |
|   | CATHLEEN COOPER MORAN |
|   | Attorney for Debtor |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |