MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| JEFFREY C. FARLEY, | ) | Bankruptcy No. 14-44336 |
| | ) | Date: July 7, 2016 |
| | ) | Time: 10 a.m. |
| | ) | Place: Room 215 |
| Debtor. | ) | 1300 Clay St. Oakland, CA |
| _____ | ) | HON. CHARLES NOVACK |

**MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE INJUNCTION**

The debtor moves the court for sanctions against each of the following parties for violations of the discharge entered in favor of the debtor on November 10, 2015: JJR and R-Wild Horse Ranch Owners Association..

MORAN LAW GROUP

Date: 06/01/2016          /s/ Cathleen Cooper Moran
                          CATHLEEN COOPER MORAN
                          Attorney for Debtor