MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re: ) Chapter 13
)
JEFFREY C. FARLEY, ) Bankruptcy No. 14-44336
)
) Date: July 7, 2016
) Time: 10:00 a.m.
) Place: Room 215
) 1300 Clay St., Oakland, CA.
Debtor. )
_____ ) HON. CHARLES NOVACK

**SUPPLEMENTAL DECLARATION OF LORA FARLEY IN SUPPORT OF MOTION FOR SANCTIONS FOR VIOLATION OF DISCHARGE**

I, Lora Farley, declare:

1. Since the filing of this motion for sanctions, my employer began withholding money from my paycheck pursuant to the earnings withholding order initiated by JJR.

2. Two of my paychecks were garnished prior to the termination of the earnings withholding order for a total of $663.48

3. My paycheck is the only income in our household at the moment, so the loss of this money was a significant problem for us, financially.

4. On June 23, 2016, I received a check from my employer in the amount previously withheld from my salary.

//

1   I declare under penalty of perjury that the foregoing is true and correct.

3   Executed on  June 27, 2016         .

5                                            /s/ Lora Farley
                                            LORA FARLEY