

The following constitutes
the order of the court. Signed February 1, 2017

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

JEFFREY C. FARLEY,

              Debtor.

Case No.  14-44336 CN
Chapter 13

**ORDER AWARDING FEE AND EXPENSES**

On January 11, 2017, Jeffrey Farley's attorneys filed their "Application For Compensation By Attorney For Debtor Re: Discharge Violation Fees (the "Application")."  The Application states that Farley incurred $17,751 in attorney's fees and $691 in legal expenses in this contested matter. Farley has already received payment of $5,000 of these fees through his settlement with R-Wild Horse Ranch Association, leaving $12,751.00 in unpaid fees and $691.53 in expenses.  The court has reviewed the Application, and finds that the fees and expenses incurred are reasonable.  The request for $12,751.00 and $691.00 in expenses is therefore granted.

To the extent that Farley requires this court's permission to prepare a judgment in this contested matter under Federal Rule of Bankruptcy Procedure 9014(c), that permission is granted. Accordingly, Farley shall prepare and submit a proposed judgment incorporating the relief this court granted in its Memorandum Decision After Evidentiary Hearing, entered on December 18, 2016 and the fees and expenses awarded by this order.

**\* \* \* END OF ORDER \* \* \***

1

Case: 14-44336    Doc# 155    Filed: 02/01/17    Entered: 02/02/17 14:35:41    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case No. 14-44336 CN

## COURT SERVICE LIST

Jeffrey C. Farley
504 Zita Court
Danville, CA 94526

JJR
P.O. Box 124
Red Bluff, CA 96080

Jefferson Judgement Recovery (JJR)
20825 Stoll Road
Red Bluff, CA 96080

Erik McCain
P.O. Box 124
Red Bluff, CA 96080

Erik McCain
20825 Stoll Road
Red Bluff, Ca 96080

Other recipients are ECF participants

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

ORDER AWARDING FEES AND EXPENSES