

MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043
(650) 694-4700

Attorney for Debtor

**The following constitutes
the order of the court. Signed February 6, 2017**

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| JEFFREY C. FARLEY, ) | Bankruptcy No. 14-44336 |
| ) | |
| Debtor. ) | |
| _____ ) | HON. CHARLES NOVACK |

## JUDGMENT

Judgment is entered in favor of the Debtor Jeffrey C. Farley against Erik McCain and Jefferson Judgment Recovery for damages in the amount of $15,000; attorneys fees in the amount of $12,751; and expenses of $691 as set forth in the Court's Memorandum Decision After Evidentiary Hearing (Docket #152) and its Order Awarding Fee and Expenses (Docket # 155).

**END OF JUDGMENT**

1. **COURT SERVICE LIST**
2. JJR
   P.O. Box 124
3. Red Bluff, CA 96080

4. Jefferson Judgment Recovery (JJR)
   20825 Stoll Road
5. Red Bluff, CA 96080

6. Erik McCain
   P.O. Box 124
7. Red Bluff, CA 95080

8. Erik McCain
   20825 Stoll Road
9. Red Bluff, CA 96080

10. Other recipients are ECF participants.